### CONE *v.* WALL.

HILL, J. There is no substantial error in the charge of the court complained of. The verdict is supported by the evidence, and the judge did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

---

Appeal and Error, 4 C. J. p. 852, n. 56; p. 1130, n. 63.
Ejectment, 19 C. J. p. 1178, n. 30.

*J. C. Murphy* and *George B. Rush,* for plaintiff in error.

*P. K. Burns* and *J. J. Barge,* contra.